```
                    UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                          EASTERN DIVISION
```

United States of America

    vs.                            Case # 2:13-cr-201 (1)

Christopher C. McDowell

| **Judge Gregory L. Frost** | Date: July 1, 2014     Time: 12:00pm |
|---|---|
| Courtroom Deputy: Kristen Keppler | Counsel for the government: Tim Prichard |
| Court Reporter: Denise Errett | Counsel for the defendant: Steve Nolder |
| | Pretrial Services Officer: N/A |
| Interpreter: | Probation Officer: Moneik Edgerson |

**Sentencing**

Defendant sentenced to 60 months imprisonment on Count 1 & 60 months imprisonment on Count 2, to run consecutively

5 years Supervised Release on Counts 1 & 2, to run concurrently

No Fine, $200.00 Special Assessment

Forfeiture of the property set forth in Forfeiture A & B of the Superseding Information

Count 3 is dismissed

Defendant remanded to USMS